## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **COVERALL NORTH AMERICA, INC.,** | |
| Petitioner, | |
| vs. | Civil Action No. 05-11868 (MLW) |
| **SANDRA LISBOA and MIRIAM CARVALHO,** | |
| Respondents. | |

### RULE 7.1(A) STATEMENT OF COVERALL NORTH AMERICA, INC.

Coverall North America, Inc. ("Coverall") has no parent corporation, and no publicly held corporation owns 10% or more of Coverall's stock.

**COVERALL NORTH AMERICA, INC.,**

By its attorneys,

/s/ Michael D. Vhay
Michael D. Vhay (BBO #566444)
Traci S. Feit (BBO# 660688)
DLA PIPER RUDNICK GRAY CARY US LLP
One International Place, 21st Floor
100 Oliver Street
Boston, MA  02110-2600
(617) 406-6000 (*telephone*)
(617) 406-6100 (*fax*)

Dated:  September 23, 2005

~BOST1:392112.v1
22128701-1013