```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


COVERALL NORTH AMERICA, INC.,        )
        Petitioner,                  )
                                     )
            v.                       )    C.A. No. 05-11867-MLW
                                     )
JOAO PADILHA,                        )
        Respondent.                  )


COVERALL NORTH AMERICA, INC.,        )
        Petitioner,                  )
                                     )
            v.                       )    C.A. No. 05-11868-MLW
                                     )
SANDRA LISBOA and                    )
MIRIAM CARVALHO,                     )
        Respondents.                 )


COVERALL NORTH AMERICA, INC.,        )
        Petitioner,                  )
                                     )
            v.                       )    C.A. No. 05-11869-MLW
                                     )
LUCIANA CANSETRARO,                  )
        Respondent.                  )


COVERALL NORTH AMERICA, INC.,        )
        Petitioner,                  )
                                     )
            v.                       )    C.A. No. 05-11870-MLW
                                     )
MARCOS MARTINS,                      )
        Respondent.                  )


COVERALL NORTH AMERICA, INC.,        )
        Petitioner,                  )
                                     )
            v.                       )    C.A. No. 05-11871-MLW
                                     )
NAPOLEAO PEREIRA,                    )
        Respondent.                  )
```

```
COVERALL NORTH AMERICA, INC.,    )
     Petitioner,                 )
                                 )
          v.                     )    C.A. No. 05-11872-MLW
                                 )
CARLOS FURTADO and               )
AMILTON DESOUZA,                 )
     Respondent.                 )


COVERALL NORTH AMERICA, INC.,    )
     Petitioner,                 )
                                 )
          v.                     )    C.A. No. 05-11873-MLW
                                 )
WANOR DE CARVALHO,               )
     Respondent.                 )

COVERALL NORTH AMERICA, INC.,    )
     Petitioner,                 )
                                 )
          v.                     )    C.A. No. 05-11874-MLW
                                 )
ADELSON SODRE,                   )
     Respondent.                 )

EDINEI MACHADO, ET AL., AND ALL  )
OTHERS SIMILARLY SITUATED,       )
     Plaintiffs,                 )
                                 )
          v.                     )    C.A. No. 05-11884-MLW
                                 )
COVERALL NORTH AMERICA, INC.,    )
     Defendant.                  )
```

ORDER

WOLF, D.J.                                    December 9, 2005

     It is hereby ORDERED that:

     1.    To the extent that Coverall North America Inc.'s ("Counsel") Motion for Reconsideration of Consolidation Order (Docket No. 5) requests the reopening of the consolidated cases which were erroneously closed administratively, it is ALLOWED. The cases shall, therefore, be reopened. That motion is otherwise

DENIED without prejudice to possible reconsideration at the hearing on the pending motions.

2.    Plaintiffs' request that these cases be transferred to Judge Joseph Tauro because <u>Alvergenga v. Coverall North America</u>, No. 05-11819 (JLT) should be deemed the first filed related case (Docket No. 6) is DENIED because these cases were not initially deemed related to <u>Alvergenga</u>, it has been remanded to the state court, and this court is informed that Judge Tauro does not wish to have these cases reassigned to him.  <u>See</u> Local Rule 40.1(G)(5).[1]

3.    The Joint Motion for Approval of Schedule for Briefing Pending Motions and Filing of Responsive Pleadings, and Request for Hearing on Pending Motions (Docket No. 18) is ALLOWED and the proposed schedule is adopted.

4.    A hearing on the pending motions will be held on January 31, 2005, at 10:00 a.m.

                              /s/ MARK L. WOLF
                              UNITED STATES DISTRICT JUDGE

---

[1]This request was made in an October 28, 2005 letter to Chief Judge Young.  All future requests for judicial action shall be made by motion directed to this court.